**Michael P. GRAFMULLER, Petitioner–Appellant,**

v.

**Joseph WEGNER, Director, Air Force Corrections, Respondent–Appellee.**

No. 13–7785.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: May 9, 2014.

Michael P. Grafmuller, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P. Grafmuller appeals from the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition challenging his military convictions. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Grafmuller v. Wegner*, No. 2:13–cv–00050–RAJ–DEM, 2013 WL 4804288 (E.D.Va. filed Sept. 5, 2013; entered Sept. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*